UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr133

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RONALD THOMAS PARKER | ) | |

**THIS MATTER** is before the Court upon the Government's oral Motion to Dismiss the petition alleging a violation of the defendant's supervised release.

**IT IS ORDERED** that the Government's motion is **GRANTED** and the petition is dismissed without prejudice and the defendant may be released from custody on this matter back to supervised release.

Signed: September 28, 2011

Robert J. Conrad, Jr.
Chief United States District Judge